*Tim L. Gall*
*15435 La Jolla Drive*
*Morgan Hill, CA 95037*
*408) 460-0327*

*pro-Se*

FILED

2008 JAN -8  A 10: 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid
NP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Timothy L. Gall )
             )  C08 00120 PVT
         Plaintiff, )
             )  CASE NO. _____
vs.          )
             )  EMPLOYMENT DISCRIMINATION
City of San Jose )  COMPLAINT
             )
         Defendant(s). )
             )

1. Plaintiff resides at:

    Address  15435 La Jolla Dive

    City, State & Zip Code  Morgan Hill, California 95037

    Phone  408-460-0327

2. Defendant is located at:

    Address  200 East Santa Clara Street, Office of the City Attorney

    City, State & Zip Code  San Jose, California 95113

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1      c. ✔ Failure to promote me.

2      d. ✔ Other acts as specified below.

3  Failure to involve the Interactive Process Required by the ADA.

4  Violation of the Fair Employment and Housing Act (FEHA).

5  Violation of Consent Decree, Rodger M. Cripe vs. City of San Jose C#96-20060RS

6

7

8

9  5.    Defendant's conduct is discriminatory with respect to the following:

10     a. __ My race or color.

11     b. __ My religion.

12     c. __ My sex.

13     d. __ My national origin.

14     e. ✔ Other as specified below.

15     Discriminated against me as a qualified disabled employee.

16 6.    The basic facts surrounding my claim of discrimination are:

17 This action involves a complaint by current San Jose Police Officer Timothy L. Gall regarding the manner in

18 which the City of San Jose treats police officers with injuries that prevents officers with injuries from working

19 patrol assignments and being denied investigative assignments. As a qualified disabled employee I have been

20 denied promotional and career development opportunities, the ability to compete for positions within

21 the Department that does not involve the arrest function, seniority bid, access to vital information about the

22 the Exempt Officer Equality Program and other violations of the Consent Decree C-96 20060 RS. I have

23 also been discriminated against because of my medical restrictions. The City of San Jose should be

24 monetarily accountable for these actions.

25 7.    The alleged discrimination occurred on or about 12-2005 thru 12-2007.

26     (DATE)

27 8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)    - 2 -

1  discriminatory conduct on or about  _10-30-2007_.
                                         (DATE)

2

3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4  (copy attached), which was received by me on or about _12-18-2007_.
                                                              (DATE)
5

6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7        Yes _✔_    No ____

8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9  including injunctive orders, damages, costs, and attorney fees.

10

11  DATED: _12-24-2007_            _____TL Gall_____

12                                 SIGNATURE OF PLAINTIFF

13

14  (PLEASE NOTE: NOTARIZATION        Timothy L. Gall
                                      _____
15  IS NOT REQUIRED.)
                                      PLAINTIFF'S NAME
16                                    (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/05)            - 3 -



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

CERTIFIED MAIL
5053 2451

December 18, 2007

Mr. Timothy L. Gall
15435 La Jolla Dr.
Morgan Hill, CA  95037

Re: EEOC Charge Against San Jose Police Dept.
    No. 556200800060

Dear Mr. Gall:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:
    Title I of the Americans with Disabilities Act of 1990,
    42 U.S.C. 12111, et seq., and,
    Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Grace Chung Becker
Acting Assistant Attorney General
Civil Rights Division

by *[signature]*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Jose Local Office, EEOC
    San Jose Police Dept.