## PROOF OF SERVICE    FILED

CASE NAME:    Timothy L. Gall. V. City of San Jose, et al.,
CASE NO.: 8-120 PVT

2008 JAN 29 A 9:78

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and a party to the within action. My business address is 201 W. Mission Street, San Jose, California 95110, and is located in the county where the service described below occurred.

On January 08, 2008, I caused to be served the within: Employment Discrimination Complaint.

By personal delivery to the address below and by mail with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated below. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as below:

San Jose City Attorneys: Richard Doyle, Clifford Greenberg
200 East Santa Clara Street
San Jose, Ca 95113
Tel: 408-535 1900, Fax: 408-998-3131
Cliff.Greenberg@sanjoseca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on January 08, 2008 at San Jose, California.

_____
Timothy L. Gall

Timothy L. Gall V. City of San Jose