|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN JOSE DIVISION |

TIMOTHY L. GALL,

        Plaintiff,

  v.

CITY OF SAN JOSE,

        Defendant.

Case No.: C 08-0120 PVT

**ORDER RE PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT**

On January 29, 2008, Plaintiff filed a request for default judgment. Based on the request and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request is DENIED without prejudice to a renewed request in the event Defendant does not timely file an answer after it has been properly served with a summons and the complaint.

From the file herein there appear to be several defects with Plaintiff's attempt to serve Defendant. Among other things Plaintiff failed to obtain and serve a summons along with the complaint,[1] and it appears that Plaintiff himself served the complaint.[2] Plaintiff also failed to serve

---

[1] *See* Rule 4(c)(1) of the Federal Rules of Civil Procedure.

[2] Service may only be done by someone who is *not* a party to the action. *See* Rule 4(c)(2) of the Federal Rules of Civil Procedure.

ORDER, *page 1*

the supplementary materials that the court requires be served on a defendant along with the summons and complaint.³  The court notes that Plaintiff can find out how to have Defendant properly served by reading the court's Handbook for Litigants Without a Lawyer (also referred to as the "Pro Se Handbook"), copies of which are available from the clerk of the court, or on the court's website at www.cand.uscourts.gov.

Dated: *1/29/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

³   *See* Civil Local Rule 4-2.

1 | copies mailed on    *1/29/08*    to:

2 | Timothy L. Gall
15435 La Jolla Drive
3 | Morgan Hill, CA 95037

4 |

5 |                                    *Donna Kirchner    for*
                                    CORINNE LEW
6 |                                    Courtroom Deputy