# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED

'08 FEB -5  A 10: 00

Timothy L. Gall

Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 00120 PVT

V.

City of San Jose

Defendant

TO: (Name and address of defendant)

City of San Jose
Office of the City Attorney
200 East Santa Clara Street
San Jose, Ca 95113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy L. Gall
15435 La Jolla Dr.
Morgan Hill, CA 95037

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 0 1 2008

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

*NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TIMOTHY L. GALL
15435 LA JOLLA DRIVE
MORGAN HILL, CA 95037

Telephone: (408)460-0327

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY L. GALL | CASE NUMBER |
|---|---|
| Plaintiff. | C08 00120 PVT |
| CITY OF SAN JOSE | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; EMPLOYMENT DISCRIMINATION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; ADR DISPUTE RESOLUTION PROCEDURES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : CITY OF SAN JOSE

    By Serving        : Barbara Conly, Assistant City Clerk / Authorized To Accept Service Of Process
    Address           : ( Business ) CITY OF SAN JOSE, OFFICE OF THE CITY ATTORNEY
                        200 East Santa Clara Street
                        San Jose. Ca 95113
    Date of Service   : February 1, 2008

    Time of Service   : 3:22PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: February 1, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1140

Signature: _____
JAMES CRAIG HAJIK