1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California  95113
4  Telephone:    (408) 535-1900
   Facsimile:     (408) 998-3131
5  Email:         cao.main@sanjoseca.gov

6  Attorneys for Defendant
   CITY OF SAN JOSE
7

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9                  SAN JOSE FACILITY

10

11  TIMOTHY L. GALL,                        NO.:   C08-00120 PVT

12              Plaintiff,          **DEFENDANT CITY OF SAN JOSÉ'S
                                    ANSWER TO EMPLOYMENT
13          v.                      DISCRIMINATION COMPLAINT; AND
                                    DEMAND FOR JURY TRIAL**
14  CITY OF SAN JOSE,

15              Defendant.

16

17      In answer to the Complaint on file herein, Defendant CITY OF SAN JOSE responds as

18  follows:

19      Defendant City of San Jose answers Plaintiff's Complaint on file herein as follows:

20      1.    In answer to paragraph 1 of Plaintiff's Complaint on file herein, defendant lacks

21  knowledge or information sufficient to form a belief as to the residence of Timothy L. Gall

22  and, on that basis, denies generally and specifically, conjunctively and disjunctively, that

23  allegation.

24      2.    Defendant admits that the business location of the City of San José is 200 East

25  Santa Clara Street, San José, California.

26      3.    In answer to paragraph 3 of Plaintiff's Complaint, defendant acknowledges

27  jurisdiction.

28

1    4.    In answer to paragraph 4 of Plaintiff's Complaint, defendant denies that any of its

2  actions violated any rights enjoyed by Plaintiff.

3    5.    In answer to paragraph 5 of Plaintiff's Complaint, defendant denies that it

4  discriminated against Plaintiff in any manner.

5    6.    In answer to paragraph 6 of Plaintiff's Complaint, defendant denies all the factual

6  allegations contained therein.

7    7.    In answer to paragraph 7 of Plaintiff's Complaint, defendant denies that any

8  discrimination occurred.

9    8.    In answer to paragraph 8 of Plaintiff's Complaint, defendant is unaware of when

10  Plaintiff filed administrative charges with the EEOC or DFEH and on that basis denies the

11  allegations contained in that paragraph.

12    9.    In answer to paragraph 9 of Plaintiff's Complaint, defendant denies the allegation

13  contained therein.

14    **FIRST AFFIRMATIVE DEFENSE**

15    Any damages or injuries suffered by plaintiff were occasioned by his own wrongful

16  actions.

17    **SECOND AFFIRMATIVE DEFENSE**

18    Defendant asserts its immunities by virtue of the provisions of the Government Code of

19  the State of California, sections 800 through 1000, inclusive.

20    **THIRD AFFIRMATIVE DEFENSE**

21    Defendant and its agents and employees acted at all times in good faith and with a

22  reasonable belief that their actions were proper and valid.

23    **FOURTH AFFIRMATIVE DEFENSE**

24    The Complaint fails to state a cause of action and/or state a claim for which relief may

25  be granted.

26  / / /

27  / / /

28  / / /

CSJ'S ANSWER TO EMPLOYMENT                          2                                    461426
DISCRIMINATION COMPLAINT

1

**FIFTH AFFIRMATIVE DEFENSE**

2    Defendant contends that all the actions of its agents and employees which it took

3  toward plaintiffs were lawful and proper exercises of their managerial and administrative

4  discretion.

5

**SIXTH AFFIRMATIVE DEFENSE**

6    Plaintiff's Complaint is barred by the statute of limitations.

7

**SEVENTH AFFIRMATIVE DEFENSE**

8    Plaintiff's Complaint is barred because he failed to exhaust his administrative remedies.

9

**EIGHTH AFFIRMATIVE DEFENSE**

10    Plaintiff has failed to establish a prima facie case of discrimination.  However, in the

11  event a prima facie case is found, defendants had legitimate nondiscriminatory reasons for

12  their actions.  Additionally, Defendants assert the business necessity defense under both

13  federal and state law.

14

**NINTH AFFIRMATIVE DEFENSE**

15    The subject Consent Decree and all actions of Defendant and its employees and agents

16  constitute a reasonable and valid accommodation of disabled officers in view of the

17  responsibilities of a police department.

18

**TENTH AFFIRMATIVE DEFENSE**

19    Defendants' alleged acts did not result in a deprivation of a Constitutional or federal

20  right of plaintiff.

21

**ELEVENTH AFFIRMATIVE DEFENSE**

22    Plaintiff is barred from recovery by the exclusivity of Workers' Compensation remedies.

23

24

**TWELFTH AFFIRMATIVE DEFENSE**

25    The subject Consent Decree is a court ordered and sanctioned agreement that

26  complies with the ADA and DFEH.  Plaintiff cannot relitigate this issue under principles of

27  collateral estoppel and res judicata.

28

1    **WHEREFORE**, these answering defendants pray for judgment against plaintiff, for costs

2    of suit incurred herein, and for such other and further relief as the court may deem just and

3    proper.

4    DATED:        February 21, 2008            RICHARD DOYLE, City Attorney

5

6                                              By:  _____
                                                    CLIFFORD S. GREENBERG
7                                                   (Senior Deputy City Attorney

8                                              Attorneys for Defendant
                                               CITY OF SAN JOSE

9

10                           **JURY TRIAL DEMAND**

11        This answering Defendant hereby demands a trial by jury.

12

13   DATED:        February 21, 2008            RICHARD DOYLE, City Attorney

14

15                                             By:  _____
                                                   CLIFFORD S. GREENBERG
16                                                  Senior Deputy City Attorney

17                                             Attorneys for Defendant
                                               CITY OF SAN JOSE

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

1

2  CASE NAME:  *Timothy L. Gall v. City of San José*
   CASE NO.:  C08-00120 PVT

3

4      I, the undersigned declare as follows:

5      I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San José, California 95113-1905, and is located in the county where the service described below occurred.

6

7

8      On **February 21, 2008**, I caused to be served the within:

DEFENDANT CITY OF SAN JOSÉ'S ANSWER TO EMPLOYMENT DISCRIMINATION COMPLAINT; AND DEMAND FOR JURY TRIAL

9

10  ☒    by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

11

12      I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

13

14  Addressed as follows:

15

16  Timothy L. Gall                                      Plaintiff
    Plaintiff in Pro Se
17  15435 La Jolla Drive
    Morgan Hill CA 95037

18  PHONE:    (408) 460-0327

19

20      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 21, 2008**, at San José, California.

21

22

23  _____
                S. C. CARDOZA

24

25

26

27

28