```
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone:  (408) 535-1900
Facsimile:  (408) 998-3131
Email:      cao.main@sanjoseca.gov

Attorneys for Defendant
CITY OF SAN JOSE
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>      Defendant. | NO.: C08-00120 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:   February 22, 2008          RICHARD DOYLE, City Attorney

                                    By: /s/ Clifford S. Greenberg
                                    CLIFFORD S. GREENBERG
                                    Senior Deputy City Attorney

                                    Attorneys for Defendant
                                    CITY OF SAN JOSÉ

# PROOF OF SERVICE

CASE NAME: Timothy L. Gall v. City of San José
CASE NO.: C08-00120 PVT

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San José, California 95113-1905, and is located in the county where the service described below occurred.

On **March 6, 2008**, I caused to be served the within:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Timothy L. Gall                                         Plaintiff
Plaintiff in Pro Se
15435 La Jolla Drive
Morgan Hill CA 95037

PHONE: (408) 460-0327

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 6, 2008**, at San José, California.

_____
S. C. CARDOZA

PROOF OF SERVICE –