**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**March 6, 2008**

**CASE NUMBER:  CV 08-00120 PVT**
**CASE TITLE:  TIMOTHY L. GALL-v-CITY OF SAN JOSE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/6/8

FOR THE EXECUTIVE COMMITTEE:

_____
     Richard W. Wieking
            Clerk

NEW CASE FILE CLERK:       3/6/8

| Copies to: Courtroom Deputies | | Special Projects | |
|---|---|---|---|
| Log Book Noted | 3/6/8 | Entered in Computer | 3/6/8 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel | 3/6/8 | Transferor CSA | 3/6/8 BJW |
|---|---|---|---|