1  Timothy L. Gall
2  15435 La Jolla Dr.
3  Morgan Hill, CA 95037
4  (408) 778-0965
5  (408) 778-0965 Fax
6
7  Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| TIMOTHY L. GALL | |
|---|---|
| Plaintiff | Case No. <u>C0800120JW</u> |
| vs. | Document Request Proposed Order |
| City of San Jose | |
| Defendant | |

Document request for Timothy Gall vs. City San Jose C 08 00120 JW.

The discovery documentation should cover the dates of June 21, 2005 to present. The review of discovery materials should not exceed 22 months upon receiving the requested materials. The Plaintiff will have the option of requesting that the deadline be adjusted upon showing of good cause. The following request for discovery of real evidence includes over lapping requests and/or the duplication of information. The duplicated information can be omitted as long as the Defendant provides a listing of where the duplicated information is contained within the requested documentation.

The Plaintiff is aware that some of the information obtained though discovery maybe sensitive in nature and the Plaintiff will only allow access to these materials to individuals that maybe able to assist in the preparation of this case.

Case Management Statement 03-17-2008      7

C0800120JW

Preferred Format of Discovery Materials:

1. Computerized Files, CD or DVD data disks
2. Photo Copies
3. Video Recordings on DVD

The Plaintiff request:

The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in as evidence at the trial. Any real evidence which the defendant intends to offer in as evidence at the trial. This request is a continuing request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

The Plaintiff requests the following documentations to review and prove that violations of the ADA, Interactive Process, Consent Decree (Exempt Officers Equality Program) have occurred and that the Plaintiff is a qualified disabled employee and has been denied reasonable accommodations. These violations have continued to occur after the violations were brought to the attention of the Police Administration and the Employment Services Department of the City of San Jose. These documents will substantiate that a bias exist towards promoting injured officers.

**Training:**
- Copies of all training classes or learning domains about the Consent Decree; Exempt Officers Equality Program (also known as the "Program") or the administration of the Program.
- Lesson Plans, Presentations, Power Point.
- Handouts.
- Proficiency exams and scores of the sworn members in attendance.
- A list all sworn members in attendance (dates) for these training lessons and make-up training.
- A list of all sworn members that have not attended the required training.

Case Management Statement 03-17-2008         8

C0800120JW

**Correspondence**

E-mails:
- All e-mails about the; Consent Decree, Exempt Officers Equality Program.
- The Administration of the Exempt Officers Equality Program.
- All e-mails about promotions when Officer Gall was consider, discussed, or non-selected.
- All correspondence between command staff and supervisor's when Officer Gall was considered, discussed, or non selected for the promotion of sergeant.
- All correspondence between command staff and supervisor when the officers that were selected that scored / ranked lower than officer Gall on the Sergeant's exam list.

Hand Written Notes: All hand written notes for the selection process for sergeant:
- Chief's interview with Officer Gall and the officers that were selected that scored/ranked lower than officer Gall.
- All correspondence between command staff and supervisor's when Officer Gall was considered, discussed, or non-selected for the promotion of sergeant and the same for the officers that were selected that were ranked lower than officer Gall on the Sergeant's exam list.

Memorandums:
- All drafts, and issued memorandums, general orders about the Consent Decree; Exempt Officers Equality Program or the Administration of the Program.
- All correspondence between command staff and supervisor when Officer Gall was considered, discussed, or non-selected for the promotion of sergeant.
- All other correspondence that discusses Exempt Officers Equality Program, changes or replacement of Program positions or the Administration of the Program to include; grievances, Police Officers Association involvement, workers compensation denials of medical treatment.

**Reports and all correspondence involving:**
- Sworn members on disability.
- Sworn members with 120 day temporary assignment.
- Sworn members placement into the Exempt Officers Equality Program.
- Exempt Officers Equality Program officers within the 120 day temporary status their assignments and dates when each officer's status changed.
- Dates of all status changes for each Exempt Officers Equality Program officer or assignment change for each Exempt Officers Equality Program officer including; supervisor request, needs of the department, disciplinary, TDY, Chief Orders.
- Worker's Compensation Department reports of officers whom reported injuries and the dates of affected work status changes, to include when sworn members reported returning to full duty or placement into the Exempt Officers Equality Program.

- Payroll reports when sworn members were on full disability or partial disability and associated dates.
- Police Department Management Reports discussing injured officers.

**Sworn Members TDY:**

- All sworn members reassigned because of the needs of the department or requests from supervisors, unit commanders or at the Chief's discretion because the sworn members physical limitations.
- All sworn members reassigned because the Consent Decree; Exempt Officers Equality Program or the Administration of the Exempt Officers Equality Program.

**Exempt Officers Equality Program Participants:**

- A list of all Exempt Officers Equality Program Participants: dates within the program and assignments.
- Contact information of the Exempt Officers Equality Program participants to include; address, phone number, email address.

**Volt Volunteers:**

- A list of all volt volunteers (contact information- include; address, phone number, email address) that are assisting within a unit that an Exempt Officers Equality Program participant is assigned or has bid into.
- A list of all volunteers (contact information) that are assisting within a unit that an injured officer has been TDY to.
- A list of all volt volunteers training.
- A copy of all volt volunteers on the list that have access to controlled computer programs such as; RMS, CJIC, SLETS, completed background clearances.
- A list of all volt volunteers having computer access and there job duties and responsibilities.

**Tier One and Tier Two Positions:**

- Current job descriptions and qualifications of the 30 Tier One and the 15 Tier Two Exempt Officers Equality Program positions.
- Current job descriptions and qualifications for positions that injured officers held but were not counted within the Exempt Officers Equality Program because they had been TDY or within the 120 day rule starting 06-21-2005 to present.
- Job descriptions and qualifications of the Article 39 positions at the time of the Consent Decree order, June 21, 2005.
- All changes to the job descriptions and qualifications of Tier One and Tier Two Exempt Officers Equality Program positions and the effective dates of the changes.

**Personnel Records:**

- Personnel records that had been reviewed by Command Staff for the purpose of promotion of the officers selected that scored, ranked lower than officer Gall on the Sergeant's exam list.
- IA and disciplinary records that had been reviewed by Command Staff for the purpose of promotion of the officers selected that were ranked lower than officer Gall on the Sergeant's exam list.
- Training records that had been reviewed by Command Staff for the purpose of promotion of the officers selected that were ranked lower than officer Gall on the Sergeant's exam list.
- All other records (Chief's records) that had been reviewed by Command Staff for the purpose of promotion of the officers selected that were ranked lower than officer Gall on the Sergeant's exam list.

**All POA correspondence involving Exempt Officers Equality Program:**

- Meet and confer meetings
- E-mails
- All other correspondence

**Other Information:**

- Carona Solutions and Management Reports.
- Case numbers and Officer's names and badge numbers when a Bureau of Investigation (BOI) Officer made a forcible arrest by himself/herself or with the assistance of the members of his/her unit only.
- The total number of officers assigned to BOI, listed by modified duty, disability, TDY, full duty.

Dated: 3-19-08                    _____
                                              Plaintiff

**Document Request Order**

The Document Request is hereby adopted by the Court as the Plaintiff's Discovery Document Request for the case and the Defendant is ordered to comply with this Order.

Dated:_____          _____
                                   United States District /Magistrate Judge

Case Management Statement 03-17-2008        11

C0800120JW