UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

2008 MAR 19 P 12: 22

Timothy L. Gall

                                      Plaintiff(s),

        v.

City of San Jose

                                     Defendant(s).

CASE NO. C08 00120 PVT WJW

CLERK
U.S. DISTRICT COURT
NO. DIST OF CA, S.J

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✔   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 04-29-2008 1400 hours

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Timothy L. Gall | pro se | 408-460-0327 | tlgall@verizon.net |
| Clifford Greenberg | △ | 408 535-1910 | Cliff.Greenberg@sanjoseca.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 02-01-2008

                                                              Attorney for Plaintiff

Dated: 2/5/08

                                                              Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."