UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN JOSE,<br><br>　　　　　　Defendant. | Case No.: C 08-0120 PVT<br><br>**ORDER RE PLAINTIFF'S "DOCUMENT REQUEST PROPOSED ORDER"** |

　　　　On March 19, 2008, Plaintiff filed a document entitled "Document Request Proposed Order." It is not clear whether Plaintiff intended this document to constitute a set of document requests pursuant to Rule 34 of the Federal Rules of Civil Procedure 34 ("Rule 34") or a motion to compel discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure 37 ("Rule 37"). In either event, no order granting relief is warranted at this time.

　　　　To the extent Plaintiff intended the document to be a set of document requests pursuant to Rule 34, no order is required. Any party may serve on any other a set of party Rule 34 document requests at any time after the parties have met and conferred as required by Federal Rules of Civil Procedure 26(f) ("Rule 26(f)") (or earlier if so stipulated by the parties or ordered by the court). *See* FED.R.CIV.PRO. 26(d)(1). If the parties have already completed their Rule 26(f) meeting, the court

1  will deem this set of document requests "served" as of the date it was electronically filed.[1] If the
2  parties have not yet had their Rule 26(f) meeting, the court will deem this set of document requests
3  served as of the day of that meeting. Either way, Defendant's deadline for responding to this set of
4  document requests is governed by Rule 34.
5      To the extent Plaintiff intended the document to be a motion to compel discovery pursuant to
6  Rule 37, the motion does not comply with this court's Civil Local Rules 7-2 (requiring the moving
7  party to notice such motions on the calendar of the assigned judge[2] for hearing not less than 35 days
8  after service of the motion) and 37-2 (requiring the moving party to set forth responding party's
9  objections and/or responses to the discovery requests), and thus is not properly before the court at
10 this time. This order is without prejudice to Plaintiff serving and filing a proper motion to compel
11 discovery if and when warranted.
12 Dated: *3/31/08*

13                                    PATRICIA V. TRUMBULL
14                                    United States Magistrate Judge

---

[1] There is no proof of service attached to the document. However, because the document now has been electronically filed in the court's electronic file system, and notice of it sent to defense counsel by the court, the court will not require plaintiff to serve it on Defendant by any other means.

[2] Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, "All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a)." The motion calendar of the Magistrate Judge in this case, Patricia V. Trumbull, is held Tuesdays at 10:00 a.m. in courtroom 5.

copies mailed on  4/1/08  to:

Timothy L. Gall
15435 La Jolla Drive
Morgan Hill, CA 95037

                                            /s/ Donna Kirchner  for:
                                            CORINNE LEW
                                            Courtroom Deputy