UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

AMENDED CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 4/28/2008  **Court Reporter:** Not Reported
**Case No.:** C-08-0120 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

**Timothy Gall v. City of San Jose**

**Attorney(s) for Plaintiff(s):** Timothy Gall (in pro per)
**Attorney(s) for Defendant(s):** Clifford Greenberg

PROCEEDINGS

Initial Case Management Conference

ORDER AFTER HEARING

Hearing Held off the record. The Court set the following pretrial dates:

1. Close of All Discovery set for January 26, 2009
2. Last Date to Hear Dispositive Motions set for March 30, 2009
** Dispositive Motions are to be filed in accordance with the Civil Local Rules
of the Northern District of California**
3. Preliminary Pretrial and Trial Setting Conference set for December 15, 2008 at 11:00 AM
** Joint Pretrial and Trial Setting Conference Statement due December 5, 2008 **

The parties are referred to Magistrate Judge Seeborg for a settlement conference. The parties are to contact Judge Seeborg's chambers within ten (10) days from the date of the Case Management Conference to schedule a settlement conference.

The Court to issue further Order following Case Management Conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: B. Kunkel, M. Brown