**United States District Court**
For the Northern District of California

1

2

3                                                     **\*E-FILED 7/18/08\***

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                                 SAN JOSE DIVISION

10

11    TIMOTHY GALL,                           Case No. C 08-00120 JW (PVT)
                              Plaintiff,
12
                                              **ORDER ASSIGNING CASE TO**
13             v.                             **ASSISTED SETTLEMENT**
                                              **CONFERENCE PROGRAM**
14    CITY OF SAN JOSE,

15                            Defendant.

16

17

18

19

20         An unrepresented party in this case has applied to participate in the court's pilot Assisted

21    Settlement Conference Program.  Based on the Court's review of the unrepresented party's

22    Declaration in Support of Application for Assignment to the Assisted Settlement Conference

23    Program, the record in this case, and the unrepresented party's acknowledgment of the limited

24    representation to be provided by Settlement Counsel,

25         IT IS HEREBY ORDERED:

26

27

28

Case No.  C 08-00120 JW (PVT)
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM

1     1. That the case be assigned to the Assisted Settlement Conference Program and a

2    settlement conference shall take place in accordance with the Alternative Dispute Resolution Local

3    Rules of this court; and

4     2. That Settlement Counsel shall be appointed for the limited purpose of representing

5    the unrepresented party in the preparation for a settlement conference in this case.

6    Dated: July 18, 2008

7

8    _____
      United States Magistrate Judge

9

10

11

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3  Clifford S. Greenberg     cao.main@sanjoseca.gov

4  **AND A COPY OF THIS ORDER WAS MAILED TO**:

5  Timothy L Gall
   15435 La Jolla Drive
6  Morgan Hill, CA 95037

7

8  Dated: July 18, 2008

9

10                                          /s/ BAK
                                            Chambers of Magistrate Judge Richard Seeborg
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Case No.  C 08-00120 JW (PVT)
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                            3