```
FILED
2008 JUL 29  A 11: 05

RICHARD W. WIEKING
     CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
```

Timothy L. Gall
15435 La Jolla Dr.
Morgan Hill, CA  95037
(408) 778-0965
(408) 778-0965 Fax
Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE VENUE

| | |
|---|---|
| TIMOTHY L. GALL<br>　　　Plaintiff<br>vs.<br><br>City of San Jose<br>　　　Defendant | Case No. C0800120JW<br><br>Response to Defendant City of San Jose Noncompliance to Plaintiff's Document Request |

Document request for Timothy Gall vs. City of San Jose C0800120 JW.

The Plaintiff has requested:

The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in as evidence at the trial. Any real evidence which the defendant intends to offer in as evidence at the trial. This request is a continuing

Gall v. City of San Jose                            1
C 08-00120 JW

request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

The Plaintiff requests the following documentations to review and prove that violations of the ADA, Interactive Process, Consent Decree (Exempt Officers Equality Program, aka "The Program") have occurred and that the Plaintiff is a qualified disabled employee and has been denied reasonable accommodations. These violations have continued to occur after the violations were brought to the attention of the Police Administration and the Employment Services Department of the City of San Jose demonstrating a hostile working environment towards injured city employees and the Plaintiff. The requested documents will also substantiate that a bias exist towards promoting injured officers.

Request 1:

**Training**:
- Copies of all training classes or learning domains about the Consent Decree; Exempt Officers Equality Program (also known as the "Program") or the administration of the Program.
- Lesson Plans, Presentations, Power Point.
- Handouts.
- Proficiency exams and scores of the sworn members in attendance.
- A list all sworn members in attendance (dates) for these training lessons and make-up training.
- A list of all sworn members that have not attended the required training.

Response to the Defendant's Response:

The Defendant's Response to Request 1 states their objections to provide the requested documentations. The requested documentation will establish a basis that the City of San Jose has not complied with the Consent Decree C-96 20060 RS Section # 21. These documents will also show the training attendance or lack of attendance of the clerical staff and administrators of "The Program" and sworn officers fails to comply with the prior court order. This request may also provide the Plaintiff with additional training that the clerical staff or the Administrator may have attended in the administration of "The Program".

Gall v. City of San Jose                    2
C 08-00120 JW

Request 2:

**Correspondence:**

E-mails:
- All e-mails about the; Consent Decree, Exempt Officers Equality Program.
- The Administration of the Exempt Officers Equality Program.
- All e-mails about promotions when Officer Gall was consider, discussed, or non-selected.
- All correspondence between command staff and supervisor's when Officer Gall was considered, discussed, or non-select for the promotion of sergeant.
- All correspondence between command staff and supervisor when the officers that were selected that scored / ranked lower than officer Gall on the Sergeant's exam list.

Response to the Defendant's Response:

The Defendant's Response to Request 2 states their objections to provide the requested documentations. The Defendant has failed to examine document SJ0126, the Plaintiff is ranked #43 on this document. There were nine promotions of Officers to the rank of Sergeant whom were ranked lower and scored lower then the Plaintiff. Because of the hostile working environment towards injured employees it is the Plaintiff's position that the requested correspondence will demonstrated that a bias is present toward promoting injured officers to a supervisory rank.

Request 3:

Hand Written Notes: All hand written notes for the selection process for sergeant:
- Chief's interview with Officer Gall and the officers that were selected that scored/ranked lower than officer Gall.
- All correspondence between command staff and supervisor's when Officer Gall was considered, discussed, or non-selected for the promotion of sergeant and the same for the officers that were selected that were ranked lower than officer Gall on the Sergeant's exam list.

Response to the Defendant's Response:

The Defendant's Response to Request 3 states their objections to provide the requested documentations. The Plaintiff observed hand written notes that were being taken during promotional interviews. These notes will show a direct violation of the ADA and that a bias is present toward promoting injured officers to a supervisory rank.

Request 4:

Memorandums:
- All drafts, and issued memorandums, general orders about the Consent Decree; Exempt Officers Equality Program or the Administration of the Program.
- All correspondence between command staff and supervisor when Officer Gall was considered, discussed, or non-selected for the promotion of sergeant.
- All other correspondence that discusses Exempt Officers Equality Program, changes or replacement of Program positions or the Administration of the Program to include; grievances, Police Officers Association involvement, workers compensation denials of medical treatment.

Response to the Defendant's Response:

The Defendant's Response to Request 4 states their objections to provide the requested documentations. The requested correspondence will demonstrate the City of San Jose's unwillingness to follow the Consent Decree and that the Command staff had discussed the promoting of the Plaintiff but the Plaintiff was passed over because of the bias that is present toward promoting injured officers to a supervisory rank.

Request 5:

**Reports and all correspondence involving:**
- Sworn members on disability.
- Sworn members with 120 day temporary assignment.
- Sworn members placement into the Exempt Officers Equality Program.
- Exempt Officers Equality Program officers within the 120 day temporary status their assignments and dates when each officer's status changed.
- Dates of all status changes for each Exempt Officers Equality Program officer or assignment change for each Exempt Officers Equality Program officer including; supervisor request, needs of the department, disciplinary, TDY, Chief Orders.
- Worker's Compensation Department reports of officers whom reported injuries and the dates of affected work status changes, to include when sworn members reported returning to full duty or placement into the Exempt Officers Equality Program.
- Payroll reports when sworn members were on full disability or partial disability and associated dates.
- Police Department Management Reports discussing injured officers.

Gall v. City of San Jose    4
C 08-00120 JW

Response to the Defendant's Response:

The Defendant's Response to Request 5 states their objections to provide the requested documentations. The requested documentation will demonstrate the City of San Jose's unwillingness to follow the Consent Decree and that the Program Administrator, Police Command Staff and the City Attorney had been aware of these violations and chose not to take corrective action.

Request 6:

**Sworn Members TDY:**
- All sworn members reassigned because of the needs of the department or requests from supervisors, unit commanders or at the Chief's discretion because the sworn members physical limitations.
- All sworn members reassigned because the Consent Decree; Exempt Officers Equality Program or the Administration of the Exempt Officers Equality Program.

Response to the Defendant's Response:

The Defendant's Response to Request 6 states their objections to provide the requested documentations. The requested documentation will demonstrate the City of San Jose's manipulation and failure to follow the Consent Decree and that the Program Administrator, Police Command Staff and the City Attorney had been aware of these violations and chose not to take corrective action.

Request 7:

**Exempt Officers Equality Program Participants:**
- A list of all Exempt Officers Equality Program Participants: dates within the program and assignments.
- Contact information of the Exempt Officers Equality Program participants to include; address, phone number, email address.

Response to the Defendant's Response:

The Defendant's Response to Request 7 states their objections to provide the requested documentations. The requested documentation will allow the Plaintiff to contact possible witness; limited information has been provided to the Plaintiff by the Defendant. But the information that has been provided is insufficient to make contact with witness, the Plaintiff's injured co-workers.

Request 8:

**Volt Volunteers:**
- A list of all volt volunteers (contact information- include; address, phone number, email address) that are assisting within a unit that an Exempt Officers Equality Program participant is assigned or has bid into.
- A list of all volunteers (contact information) that are assisting within a unit that an injured officer has been TDY to.
- A list of all volt volunteers training.
- A copy of all volt volunteers on the list that have access to controlled computer programs such as; RMS, CJIC, SLETS, completed background clearances.
- A list of all volt volunteers having computer access and there job duties and responsibilities.

Response to the Defendant's Response:

The Defendant's Response to Request 8 states their objections to provide the requested documentations. The requested documentation will allow the Plaintiff to contact possible witness. These documents will demonstrate that the volunteers are performing many of the same job tasks that "The Program" officer's are required to perform in the Tier One positions in the current Consent Decree. Demonstrating the undesirable and demeaning work that a Program officer is assigned without the participant's input. The documentation will demonstrate the lack of utilization of highly skilled and trained officers within the Program by the Program Administrator and the current Consent Decree.

Request 9:

**Tier One and Tier Two Positions:**
- Current job descriptions and qualifications of the 30 Tier One and the 15 Tier Two Exempt Officers Equality Program positions.
- Current job descriptions and qualifications for positions that injured officers held but were not counted within the Exempt Officers Equality Program because they had been TDY or within the 120 day rule starting 06-21-2005 to present.
- Job descriptions and qualifications of the Article 39 positions at the time of the Consent Decree order, June 21, 2005.
- All changes to the job descriptions and qualifications of Tier One and Tier Two Exempt Officers Equality Program positions and the effective dates of the changes.

Response to the Defendant's Response:

The Defendant's Response to Request 9 states their objections to provide the requested documentations. The requested documentation will demonstrate the City of San Jose's unwillingness to follow the Consent Decree and that the Program Administrator, Police Command Staff and the City Attorney had been aware of the violations and chose not to take corrective action. The requested documentation will also show that the job requirements, qualifications and descriptions of the Tier One and Tier Two positions are not accurate and have not been updated since the Consent Decree Order June 21, 2005. The current inaccurate job descriptions, qualifications will show a bias toward the placement of non-injured officer's into favorable positions within the police department and limiting injured officer's career advancement opportunities which is a listed goal within the current Consent Decree.

Request 10:

**Personnel Records:**
- Personnel records that had been reviewed by Command Staff for the purpose of promotion of the officers selected that scored, ranked lower than officer Gall on the Sergeant's exam list.
- IA and disciplinary records that had been reviewed by Command Staff for the purpose of promotion of the officers selected that were ranked lower than officer Gall on the Sergeant's exam list.
- Training records that had been reviewed by Command Staff for the purpose of promotion of the officers selected that were ranked lower than officer Gall on the Sergeant's exam list.
- All other records (Chief's records) that had been reviewed by Command Staff for the purpose of promotion of the officers selected that were ranked lower than officer Gall on the Sergeant's exam list.

Response to the Defendant's Response:

The Defendant's Response to Request 10 states their objections to provide the requested documentations. The requested documentation will also show that the Plaintiff was not passed over because of merit, or that other applicants were more qualified but that another reason exist, the bias toward injured officers.

Request 11:

**All POA correspondence involving Exempt Officers Equality Program:**
- Meet and confer meetings
- E-mails

Gall v. City of San Jose               7

C 08-00120 JW

- All other correspondence

Response to the Defendant's Response:
The Defendant's Response to Request 10 states their objections to provide the requested documentations. The requested documentation will demonstrate the City of San Jose's unwillingness to follow the Consent Decree and that the Program Administrator, Police Command Staff and the City Attorney had been aware of these violations and chose not to take corrective action.

Request 12:
**Other Information:**
- Carona Solutions and Management Reports.
- Case numbers and Officer's names and badge numbers when a Bureau of Investigation (BOI) Officer made a forcible arrest by himself/herself or with the assistance of the members of his/her unit only.
- The total number of officers assigned to BOI, listed by modified duty, disability, TDY, full duty.

Response to the Defendant's Response:
The Defendant's Response to Request 12 states their objections to provide the requested documentations. The requested documentation will demonstrate the essential functions of Bureau of Investigations job duties by demonstrating past performance.

The Plaintiff's requests are not burdensome nor are they oppressive, overly vague. The documents that the Plaintiff requested are applicable following the scope of the initial complaint and encompass the additional violations of the Consent Decree and the ADA. The Defendant has sufficient staff resources to comply with the discovery requests within the set time frame as ordered.

The Plaintiff acknowledges that the Defendant has not completed discovery and has not completed preparation for trial. This document is to provide additional information and clarification to the courts and to the Defendant as to why the Plaintiff has requested the information in question within the "Document Request".

Dated: 07-29-2008                              _____
                                                        Plaintiff