Timothy L. Gall
15435 La Jolla Dr.
Morgan Hill, CA  95037
(408) 778-0965
(408) 778-0965 Fax
Plaintiff

**FILED**

2008 JUL 29  A 11: 06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

TIMOTHY L. GALL
      Plaintiff

vs.

City of San Jose
      Defendant

Case No. C0800120JW

Document Request #2

Document request for Timothy Gall vs. City San Jose C 08 00120 JW. The discovery documentation should cover the dates of January 01, 2004 to present. The materials should cover all procedure, policy and law changes and changes because of the Court Order Consent Decree from Article 39 to the Exempt Officer Equality Program.

The Plaintiff is requesting the following materials:

Workers Compensation:
1. Operations Manuel for Workers Compensation Case Managers.
2. Workers Compensation Policy and Procedural Memorandums.
3. Workers Compensation General Orders.

Gall v. City of San Jose      1
C 08-00120 JW Document Request#2

4. All E-mails, notes, memorandums, Management Reports or correspondence where the Plaintiff's billing, reasonable medical care and disability leave of absence has been has been discussed.

The reason the Plaintiff is requesting this information is that the Plaintiff has been denied reasonable medical care by the City of San Jose and it is the Plaintiff's position that the Case Manager's have violated City policies and procedures, and made numerous financial errors on the Plaintiff's biweekly payroll adding to an existing hostile working environment for injured city employees.

Elevators:

1. Police Administration Building (PAB) elevator maintenance and work orders. Dates and times of when the elevators are not functioning properly.

The reason the Plaintiff is requesting this information is that the PAB elevators malfunction regularly. After informing a Supervisor of his medical restrictions the Plaintiff was ordered to walk up and descend flights of stairs against his medical restrictions in order to report to the Plaintiff's assigned work station.

Dated: 07-28-2008

_TE Gall_
Plaintiff

Gall v. City of San Jose
C 08-00120 JW Document Request#2

2