RECEIVED
2008 JUL 29 AM 11: 05
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

1  Timothy L. Gall
2  15435 La Jolla Dr.
3  Morgan Hill, CA 95037
4  (408) 778-0965
5  (408) 778-0965 Fax
6  Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

TIMOTHY L. GALL
    Plaintiff

vs.

City of San Jose
    Defendant

Case No. C0800120JW

Document Request Compliance
Proposed Order

Document Request Proposed Order for Timothy Gall vs. City of San Jose C0800120 JW. The Plaintiff seeks compliances with the filed Document Request; the Defendant will be ordered to comply with the Plaintiff's Document Request.

The Plaintiff has requested within the submitted Document Request: The names and addresses of persons, other than the defendant, he/she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in as evidence at the trial. Any real evidence which the defendant intends to offer in as evidence at the trial. This request is a continuing

Gall v. City of San Jose
C 08-00120 JW

1



request, to cover not only all such material currently in existence, but all material which comes into existence to the conclusion of this case.

The Plaintiff has requested the following documentations to review and prove that violations of the ADA, Interactive Process, Consent Decree (Exempt Officers Equality Program "The Program") have occurred and that the Plaintiff is a qualified disabled employee and has been denied reasonable accommodations. These violations have continued to occur after the violations were brought to the attention of the Police Administration and the Employment Services Department of the City of San Jose. These documents will substantiate that a bias exist towards promoting injured officers.

The Plaintiff's requests are not burdensome nor are they oppressive, overly vague. The documents the Plaintiff requested are applicable following the scope of the initial complaint and encompass the additional violations of the Consent Decree and the ADA.

The Defendant has sufficient staff resources to comply with the discovery requests within the set time frame as ordered.

The Plaintiff acknowledges that the Defendant has not completed discovery and has not completed preparation for trial. The Plaintiff has requested reasonable documentation as part of discovery within the Plaintiff's "Document Request".

## Document Request Order

The Document Request and Proposed Order is hereby adopted by the Court as the initial Document Request for the case and the Defendant is ordered to comply with this Order.

Dated:_____        _____
                                United States District /Magistrate Judge