United States District Court

For the Northern District of California

\*E-FILED 8/4/08\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GALL,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF SAN JOSE,<br><br>                    Defendant. | Case No. C 08-00120 JW (PVT)<br><br>**ORDER APPOINTING<br>SETTLEMENT COUNSEL** |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

VINCENT HURLEY is appointed Settlement Counsel. This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement

Case No. C 08-00120 JW (PVT)
ORDER APPOINTING
SETTLEMENT COUNSEL

Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities ordered by the settlement judge.

Settlement Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Settlement Counsel from his or her limited representation of the unrepresented party.

IT IS SO ORDERED.

Dated: August 4, 2008

_____
United States Magistrate Judge

Case No. C 08-00120 JW (PVT)
ORDER APPOINTING
SETTLEMENT COUNSEL                        2