UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case No.: C 08-0120 JW (PVT)<br><br>**ORDER SCHEDULING BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

On July 29, 2008, Plaintiff filed a document entitled "Response to Defendant City of San Jose Noncompliance to Plaintiff's Document Request." It appears from the documents submitted that Plaintiff seeks an order compelling Defendant City of San Jose to produce documents responsive to his document requests, and thus the court deems the document to be a motion to compel under Rule 37 of the Federal Rules of Civil Procedure ("Rule 37"). Based on the motion and the file herein,

IT IS HEREBY ORDERED that, no later than August 19, 2008, the parties shall meet and confer regarding Plaintiff's motion to compel as required by Rule 37 and this court's Civil Local Rule 37-1(a).[1]

---

[1] Pursuant to Rule 37, Plaintiff should have included with his motion a certification that he has in good faith conferred or attempted to confer with Defendant City of San Jose in an effort to obtain the documents without court action. *See* FED.R.CIV.PRO. 37(a)(1). Failure to include such a certification in connection with future motions to compel may well result in summary denial of such motion without prejudice to the party re-filing the motion after the moving party makes a good faith attempt to meet and confer as required by Rule 37 and this court's Civil Local Rule 37-1(a).

ORDER, *page 1*

1   IT IS FURTHER ORDERED that Defendant City of San Jose shall serve and file any opposition no later than August 22, 2008.  Plaintiff may serve and file his reply no later than September 3, 2008.

IT IS FURTHER ORDERED that Plaintiff's motion to compel will be heard at 10:00 a.m. on September 9, 2008,[2] in courtroom 5 of this court.

IT IS FURTHER ORDERED that, in the future, Plaintiff must comply with the notice requirements of this court's Civil Local Rule 7-2(a).  Copies of the local rules, and the "Handbook for Litigants Without a Lawyer" (aka "*Pro Se* Handbook"), are available from the clerk's office or the court's website (www.cand.uscourts.gov).

Dated: *8/8/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]   If this date creates a scheduling conflict for any party, they shall immediately confer with the opposing party to select a different Tuesday morning for the hearing date.  If the parties cannot agree on the hearing date, they shall promptly file a joint statement setting forth their respective scheduling needs and the court will select the new hearing date.

1 | copies mailed on    *8/8/08*        to:

2 | Timothy L. Gall
   | 15435 La Jolla Drive
3 | Morgan Hill, CA 95037

4

5 |                                              */s/ Donna Kirchner        for*
  |                                              CORINNE LEW
  |                                              Courtroom Deputy
6

ORDER, *page 3*