RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant CITY OF SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, and DOES, inclusive,<br><br>Defendant(s). | Case Number: 5:08-CV-00120 JW (PVT)<br><br>**DEFENDANT CITY OF SAN JOSE'S ADMINISTRATIVE MOTION FOR ORDER MODIFYING THE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL; DECLARATION OF CLIFFORD S. GREENBERG IN SUPPORT OF ADMINISTRATIVE MOTION; [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL** |

Pursuant to Local Rule 7-11, Defendant, CITY OF SAN JOSE hereby requests an Order modifying the briefing schedule and resetting the hearing date for Plaintiff's Motion to Compel.

## BACKGROUND

Plaintiff, Timothy Gall, is a police officer with the City of San Jose. He has filed this lawsuit, in pro per, claiming employment discrimination based on his status as a disabled individual.

In March of 2008, Plaintiff filed a "Document Request Proposed Order," which the Court regarded as a document request, and ordered Defendant to respond to the request.

DEFENDANT'S ADMIN MOTION
TO MODIFY HEARING SCHEDULE; 5:08-
CV-00120 PVT

1

499503

1  Defendant responded to the discovery request, but Plaintiff was apparently not satisfied with
2  said response.
3      On July 29, 2008, Plaintiff filed a "Response to Defendant City of San Jose
4  Noncompliance to Plaintiff's Document Request." Plaintiff did not meet and confer with
5  Defendant prior to this filing. On August 6, 2008, the undersigned and Plaintiff exchanged e-
6  mails. The undersigned advised Plaintiff that the Court requires parties to meet and confer
7  prior to the filing of a motion to compel. See Rule 37-1. The undersigned suggested that the
8  parties meet with respect to the discovery request to see if the dispute can be resolved.
9  Plaintiff agreed, and a meeting was set for August 21, 2008. Plaintiff advised that he was on
10 vacation the week of August 11, and August 21 was the first mutually available date.
11     On August 8, 2008, the Court issued an Order setting a hearing date for Plaintiff's
12 motion, and setting a briefing schedule.[1] The Court's Order requires a meet and confer
13 session by August 19, 2008 and requires Defendant to file an opposition to the motion to
14 compel by August 22, 2008.

## REQUESTED RELIEF

16     In view of the schedules of the Plaintiff and the undersigned, August 21, 2008 is the
17 first date available to meet and confer. Defendant requests that the Court modify its Order to
18 allow the conference to take place on that date. Additionally, Defendant will require time to
19 locate and produce any documents that the parties agree should be produced. The Court's
20 current deadline of August 22, 2008 does not provide sufficient time to work out this dispute
21 and produce documents. Therefore, Defendant requests an additional 30 days in order to
22 accomplish this task. The hearing date on the Motion, should it still be necessary, should
23 also be continued consistent with this schedule.
24     Alternately, Defendant requests that the Motion to Compel be taken off calendar so
25 that the parties can engage in the meet and confer process contemplated by Rule 37-1. After

---

[1] Plaintiff had not complied with Rule 7-2(a) with regard to setting the hearing date.

DEFENDANT'S ADMIN MOTION                2                                    499503
TO MODIFY HEARING SCHEDULE; 5:08-
CV-00120 PVT

that process, should Plaintiff remain unsatisfied, he can file a motion to compel, which would then be directed only at issues still in dispute.

DATED:   AUGUST 13, 2008                    RICHARD DOYLE, City Attorney

By: _____
    CLIFFORD S. GREENBERG
    Senior Deputy City Attorney

Attorneys for Defendant CITY OF SAN JOSE

## DECLARATION OF CLIFFORD S. GREENBERG
## IN SUPPORT OF ADMINISTRATIVE MOTION

I, Clifford S. Greenberg, hereby declare:

1.  I am an attorney with the San Jose City Attorney's Office, assigned to handle the above-entitled case.

2.  On August 6, 2008, after receiving Plaintiff's "Response to Defendant City of San Jose Noncompliance to Plaintiff's Document Request," I exchanged e-mails with Plaintiff Timothy Gall. I advised him that it is necessary to meet and confer before filing a motion to compel discovery responses, and I suggested that we do so. He agreed, and we scheduled a meet and confer session for August 21, 2008, at 10:30 a.m. in my Office. Plaintiff advised me that he was to be on vacation the week of August 11, 2008, and the August 21 date was the first mutually convenient date.

3.  The Court's Order of August 8, 2008, does not give me sufficient time to attempt to resolve this discovery dispute and to produce any documents, or take any further action, about which the parties can agree in their meet and confer session to be held on August 21, 2008.

4.  I have not approached Plaintiff to attempt to reach a stipulated order for the relief requested herein because Plaintiff is on vacation this week.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 13, 2008, at San José, California.

_____
CLIFFORD S. GREENBERG

**ORDER ADJUSTING BRIEFING SCHEDULE
AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL**

The Court, having received Defendant's Motion for Administrative Relief, issues the following Order:

IT IS HEREBY ORDERED that the Court's Scheduling Order, filed August 8, 2008, is modified as follows:

The parties shall meet and confer regarding Plaintiff's motion to compel on or before August 21, 2008.

Defendant City of San Jose shall serve and file any opposition no later than September 19, 2008. Plaintiff may serve and file his reply no later than October 1, 2008.

Plaintiff's motion to compel will be heard at 10:00 a.m. on October 9, 2008, at 10:00 a.m., in courtroom 5 of this court.

DATED: _____     _____
                                   PATRICIA V. TRUMBULL
                                   United States Magistrate Judge

**ALTERNATE [PROPOSED] ORDER**

The Court, having received Defendant's Motion for Administrative Relief, issues the following Order:

IT IS HEREBY ORDERED that Plaintiff's motion to compel, filed on July 28, 2008, is taken off-calendar. The parties shall meet and confer regarding said motion on or before

1  August 21, 2008.  Should the matter remain in dispute, Plaintiff shall file a motion to compel
2  pursuant to Civil Local Rule 7-2(a).
3
4  DATED: _____

PATRICIA V. TRUMBULL
United States Magistrate Judge

# PROOF OF SERVICE

CASE NAME:   Timothy L. Gall v. City of San José
CASE NO.:    C08-00120 PVT

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San José, California 95113-1905, and is located in the county where the service described below occurred.

On **August 13, 2008**, I caused to be served the within:

**DEFENDANT CITY OF SAN JOSE'S ADMINISTRATIVE MOTION FOR ORDER MODIFYINGTHE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL; DECLARATION OF CLIFFORD S. GREENBERG IN SUPPORT OF ADMINISTRATIVE MOTION; [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Timothy L. Gall                                         Plaintiff
Plaintiff in Pro Se
15435 La Jolla Drive
Morgan Hill CA  95037

PHONE:    (408) 460-0327

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 13, 2008**, at San José, California.

_____
S. C. CARDOZA

PROOF OF SERVICE –