1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  CLIFFORD GREENBERG, Sr. Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California 95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
5  E-Mail Address: cao.main@sanjoseca.gov

6  Attorneys for Defendant CITY OF SAN JOSE

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10

11  TIMOTHY L. GALL,                          Case Number: 5:08-CV-00120 JW (PVT)

12              Plaintiff(s),                 **DEFENDANT CITY OF SAN JOSE'S ADMINISTRATIVE MOTION FOR ORDER MODIFYING THE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL; DECLARATION OF CLIFFORD S. GREENBERG IN SUPPORT OF ADMINISTRATIVE MOTION; [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL**

13       v.

14  CITY OF SAN JOSE, and DOES,
    inclusive,
15
                Defendant(s).
16

17

18

19       Pursuant to Local Rule 7-11, Defendant, CITY OF SAN JOSE hereby requests an

20  Order modifying the briefing schedule and resetting the hearing date for Plaintiff's Motion to

21  Compel.

22                                    **BACKGROUND**

23       Plaintiff, Timothy Gall, is a police officer with the City of San Jose. He has filed this

24  lawsuit, in pro per, claiming employment discrimination based on his status as a disabled

25  individual.

26       In March of 2008, Plaintiff filed a "Document Request Proposed Order," which the

27  Court regarded as a document request, and ordered Defendant to respond to the request.

28

Defendant responded to the discovery request, but Plaintiff was apparently not satisfied with said response.

On July 29, 2008, Plaintiff filed a "Response to Defendant City of San Jose Noncompliance to Plaintiff's Document Request." Plaintiff did not meet and confer with Defendant prior to this filing. On August 6, 2008, the undersigned and Plaintiff exchanged e-mails. The undersigned advised Plaintiff that the Court requires parties to meet and confer prior to the filing of a motion to compel. See Rule 37-1. The undersigned suggested that the parties meet with respect to the discovery request to see if the dispute can be resolved. Plaintiff agreed, and a meeting was set for August 21, 2008. Plaintiff advised that he was on vacation the week of August 11, and August 21 was the first mutually available date.

On August 8, 2008, the Court issued an Order setting a hearing date for Plaintiff's motion, and setting a briefing schedule.[1] The Court's Order requires a meet and confer session by August 19, 2008 and requires Defendant to file an opposition to the motion to compel by August 22, 2008.

## REQUESTED RELIEF

In view of the schedules of the Plaintiff and the undersigned, August 21, 2008 is the first date available to meet and confer. Defendant requests that the Court modify its Order to allow the conference to take place on that date. Additionally, Defendant will require time to locate and produce any documents that the parties agree should be produced. The Court's current deadline of August 22, 2008 does not provide sufficient time to work out this dispute and produce documents. Therefore, Defendant requests an additional 30 days in order to accomplish this task. The hearing date on the Motion, should it still be necessary, should also be continued consistent with this schedule.

Alternately, Defendant requests that the Motion to Compel be taken off calendar so that the parties can engage in the meet and confer process contemplated by Rule 37-1. After

---

[1] Plaintiff had not complied with Rule 7-2(a) with regard to setting the hearing date.

that process, should Plaintiff remain unsatisfied, he can file a motion to compel, which would then be directed only at issues still in dispute.

DATED: AUGUST 13, 2008

RICHARD DOYLE, City Attorney

By: _____
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendant CITY OF SAN JOSE

# DECLARATION OF CLIFFORD S. GREENBERG IN SUPPORT OF ADMINISTRATIVE MOTION

I, Clifford S. Greenberg, hereby declare:

1. I am an attorney with the San Jose City Attorney's Office, assigned to handle the above-entitled case.

2. On August 6, 2008, after receiving Plaintiff's "Response to Defendant City of San Jose Noncompliance to Plaintiff's Document Request," I exchanged e-mails with Plaintiff Timothy Gall. I advised him that it is necessary to meet and confer before filing a motion to compel discovery responses, and I suggested that we do so. He agreed, and we scheduled a meet and confer session for August 21, 2008, at 10:30 a.m. in my Office. Plaintiff advised me that he was to be on vacation the week of August 11, 2008, and the August 21 date was the first mutually convenient date.

3. The Court's Order of August 8, 2008, does not give me sufficient time to attempt to resolve this discovery dispute and to produce any documents, or take any further action, about which the parties can agree in their meet and confer session to be held on August 21, 2008.

4. I have not approached Plaintiff to attempt to reach a stipulated order for the relief requested herein because Plaintiff is on vacation this week.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 13, 2008, at San José, California.

_____
CLIFFORD S. GREENBERG

## ORDER ADJUSTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL

The Court, having received Defendant's Motion for Administrative Relief, issues the following Order:

IT IS HEREBY ORDERED that the Court's Scheduling Order, filed August 8, 2008, is modified as follows:

The parties shall meet and confer regarding Plaintiff's motion to compel on or before August 21, 2008.

Defendant City of San Jose shall serve and file any opposition no later than September 19, 2008. Plaintiff may serve and file his reply no later than October 1, 2008.

Plaintiff's motion to compel will be heard at 10:00 a.m. on October 9, 2008, at 10:00 a.m., in courtroom 5 of this court.

DATED: 8/14/08

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on  8/14/08        to:

Timothy L Gall
15435 La Jolla Drive
Morgan Hill, CA 95037

/s/  Donna Kirchner    for
CORINNE LEW
Courtroom Deputy