UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __3 hrs__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__         DATE: __9/5/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                          CASE #: __C 08-00120JW__

CASE TITLE: __TIMOTHY GALL__    VS.    __CITY OF SAN JOSE__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__PRO SE__                                __CLIFF GREENBERG__

__VINCENT HURLEY, special assisted__

__counsel__

**TODAY'S PROCEEDINGS**

{X} SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1.
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: