| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Chief Trial Attorney (#93249) |
|   | CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612) |
| 3 | Office of the City Attorney |
|   | 200 East Santa Clara Street |
| 4 | San Jose, California  95113 |
|   | Telephone:   (408) 535-1900 |
| 5 | Facsimile:    (408) 998-3131 |
|   | Email:         cao.main@sanjoseca.gov |
| 6 | Attorneys for Defendant |
|   | CITY OF SAN JOSE |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| TIMOTHY L. GALL, | NO.:   C08-00120 JW (PVT) |
| Plaintiff, | **STIPULATION MODIFYING SCHEDULING ORDER; AND [PROPOSED] ORDER** |
| v. | |
| CITY OF SAN JOSE, | |
| Defendant. | |

In view of the parties' settlement discussions, taking place during a scheduled settlement conference on September 5, 2008, and their desire to continue such discussions without unnecessary expenditures, the parties have agreed to extend the deadlines set forth in the Court's Scheduling Order, dated May 8, 2008.

Accordingly, the parties hereby stipulate to the following alterations in the Scheduling Order:

| Order/Activity: | Original Date: | New Date: |
|---|---|---|
| Expert Disclosure | November 24, 2008 | February 23, 2009 |
| Preliminary Pretrial Conference | December 15, 2008 | March 16, 2009 |
| Close of All Discovery | January 26, 2009 | April 27, 2009 |
| Hearing on Dispositive Motions | March 30, 2009 | June 29, 2009 |

STIPULATION MODIFYING CHEDULING
ORDER; AND [PROPOSED] ORDER;
C08-00120 JW (PVT

1

504589

SO STIPULATED:

DATED: September 15, 2008        RICHARD DOYLE, City Attorney

By: /s/ Clifford S. Greenberg
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendant
CITY OF SAN JOSÉ

DATED: September 15, 2008        By: /s/ Timothy L. Gall
TIMOTHY L. GALL

Plaintiff in Pro Se

I affirm that I have consented to the electronic filing of this document on my behalf.

DATED: September 15, 2008        By: /s/ Timothy L. Gall
TIMOTHY L. GALL

Plaintiff in Pro Se

## ORDER

IT IS HEREBY ORDERED THAT the Court's Case Management Scheduling Order is modified to reflect to following dates and deadlines:

| Order/Activity: | Original Date: | New Date: |
|---|---|---|
| Expert Disclosure | November 24, 2008 | February 23, 2009 |
| Preliminary Pretrial Conference | December 15, 2008 | March 16, 2009 |
| Close of All Discovery | January 26, 2009 | April 27, 2009 |
| Hearing on Dispositive Motions | March 30, 2009 | June 29, 2009 |

DATED: September 17, 2008        /s/ James Ware

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT