*E-FILED 12/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GALL, | No. C 08-00120 JW  (PVT) |
| Plaintiffs, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **December 19, 2008**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  12/5/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Clifford S. Greenberg     cao.main@sanjoseca.gov

Vincent P. Hurley     vphurley@hurleylaw.com, gforese@hurleylaw.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Timothy L Gall
15435 La Jolla Drive
Morgan Hill, CA 95037

Dated: 12/5/08

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*