**United States District Court**
For the Northern District of California

\*E-FILED\*
**December 15, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY GALL,

    Plaintiff,

v.

CITY OF SAN JOSE,

    Defendant.
_____/

No. C 08-00120 JW (PVT)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the further settlement conference previously scheduled for **December 19, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **February 3, 2009 at 9:30 a.m**.

    Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

    The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated:   December 15, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Clifford S. Greenberg    cao.main@sanjoseca.gov

Vincent P. Hurley    vphurley@hurleylaw.com, gforese@hurleylaw.com

Dated: December 15, 2008

                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                    By:    /s/ *BAK*