1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone:  (408) 535-1900
   Facsimile:  (408) 998-3131
5  Email:      cao.main@sanjoseca.gov

6  Attorneys for Defendant
   CITY OF SAN JOSE

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| TIMOTHY L. GALL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, <br><br> Defendant. | NO.:  C08-00120 JW (PVT) <br><br> **STIPULATION MODIFYING SCHEDULING ORDER; AND [PROPOSED] ORDER** |

In view of the parties' settlement discussions, taking place during a scheduled settlement conference on February 3, 2009, and their desire to continue such discussions without unnecessary expenditures, the parties have agreed to extend deadlines for disclosing experts and for discovery, and to reschedule Plaintiff's Motion to Compel, currently scheduled for hearing on March 3, 2009.

Accordingly, the parties hereby stipulate to extending the deadline to disclose experts, currently February 23, 2009, to April 27, 2009.  The parties also stipulate that the hearing on Plaintiff's Motion to Compel, currently scheduled for March 3, 2009, at 10:00, before Magistrate Judge Trumbull, shall be rescheduled to March 24, 2009, at 10:00.  Other deadlines and hearing dates would be rescheduled as follows:

Preliminary Pretrial Conference (currently March 16, 2009) new date: May 18, 2009.

Close of all Discovery (currently April 27, 2009) new date: June 22, 2009.

Hearing on Dispositive Motions (currently June 29, 2009) new date: August 24, 2009.

SO STIPULATED:

DATED:     February 18, 2009            RICHARD DOYLE, City Attorney

                                        By:  /s/ Clifford S. Greenberg
                                             CLIFFORD S. GREENBERG
                                             Senior Deputy City Attorney

                                        Attorneys for Defendant
                                        CITY OF SAN JOSÉ


DATED:     February 18, 2009            By:  /s/ Timothy L. Gall
                                             TIMOTHY L. GALL

                                        Plaintiff in Pro Se


I affirm that I have consented to the electronic filing of this document on my behalf.

DATED:     February 18, 2009            By:  /s/ Timothy L. Gall
                                             TIMOTHY L. GALL

                                        Plaintiff in Pro Se


## ORDER

Good cause appearing:

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Compel, currently set for hearing on March 3, 2009, is rescheduled to March 24, 2009, at 10:00 a.m., before Magistrate Judge Trumbull;

IT IS ALSO HEREBY ORDERED THAT the Preliminary Pretrial Conference is reset to **May 18, 2009 at 11 a.m.** On or before **May 8, 2009**, the parties shall file their Joint Preliminary Pretrial Statement.

IT IS ALSO HEREBY ORDERED THAT the following deadlines are modified as follows:

1  Deadline to disclose experts in this case is extended to April 27, 2009, and
2  Close of all Discovery is extended to June 22, 2009.
3  Last Day for Hearing on Dispositive Motions is extended to **July 6, 2009 at 9 a.m.**

DATED: February 26, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

STIPULATION MODIFYING
SCHEDULING ORDER; AND
[PROPOSED] ORDER;
C08-00120 JW (PVT)

3

535036