UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TIMOTHY L. GALL, | ) | Case No.: C 08-0120 JW (PVT) |
| | ) | |
| Plaintiff, | ) | **ORDER RE *IN CAMERA* REVIEW** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SAN JOSE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 21, 2008, Defendant submitted for *in camera* review the grievance it is withholding from production. Based on the briefs and the court's *in camera* inspection of the grievance,

IT IS HEREBY ORDERED that Defendant shall produce a redacted copy of the document to Plaintiff no later than March 31, 2008. The document is relevant to Plaintiff's claims. Before producing the document, Defendant shall redact the second paragraph which discusses that individual's specific injuries and medical procedures.

Dated: *3/23/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

| | |
|---|---|
| 1 | copies mailed on      *3/24/09*           to: |
| 2 | Timothy L. Gall |
|   | 15435 La Jolla Drive |
| 3 | Morgan Hill, CA 95037 |
|   | Fax No. (408) 778-0965 |
| 4 | |
| 5 |                                    */s/ Donna Kirchner            for* |
|   |                                    CORINNE LEW |
| 6 |                                    Courtroom Deputy |