IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Timothy L. Gall, | NO. C 08-00120 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE; MODIFYING SCHEDULING ORDER** |
| v. | |
| City of San Jose, | |
| Defendant. | |

This case was scheduled for a Preliminary Pretrial Conference on May 18, 2009. The parties duly submitted a Joint Preliminary Pretrial Conference Statement. Based on the parties' representations that they are in settlement discussions, the Court finds good cause to continue the Preliminary Pretrial Conference. To accommodate the parties' efforts, the Court modifies its previous Scheduling Order as follows:

(1) The close of all discovery is **July 27, 2009.**

(2) The last date for hearing dispositive motions is **September 28, 2009.**

(3) The parties shall appear for a Preliminary Pretrial Conference on **August 31, 2009 at 11 a.m.** The parties shall submit a Joint Preliminary Pretrial Statement on or before **August 21, 2009**. The Joint Statement shall update the Court regarding, among other things, the parties' settlement efforts and a proposed trial schedule.

Dated: May 14, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@sanjoseca.gov
Vincent P. Hurley vphurley@hurleylaw.com

Timothy L Gall
15435 La Jolla Drive
Morgan Hill, CA 95037

**Dated: May 14, 2009**                                              **Richard W. Wieking, Clerk**

                                                **By:      /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California