*E-Filed 7/20/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE,<br><br>   Defendant. | Case No. 5:08 CV 0120 JW (PVT)<br><br>**ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

  The above-entitled action was placed in the Assisted Settlement Conference Program. Based upon the application by plaintiff Gall, an unrepresented party, Settlement Counsel was designated to educate and assist Gall in preparation for, participation in, and follow up to a settlement conference in this case.

  The settlement conference has now concluded and no further session or follow-up is contemplated. Accordingly, the Court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of Settlement Counsel in this case.

Case No. 5:08 CV 0120 JW (PVT)
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM

The court extends its thanks to Settlement Counsel for counsel's efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

Dated: 7/20/09

_____
RICHARD SEEBORG
United States Magistrate Judge

Case No. 5:08 CV 0120 JW (PVT)
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM                              2