**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Timothy L. Gall, | NO. C 08-00120 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City Of San Jose, | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on August 31, 2009. The Court had previously scheduled this Conference for May 18, 2009, but granted the parties a continuance in an Order on May 14, 2009 based on their representation that they were in settlement discussions. (See Docket Item No. 65.) The Court directed the parties to submit a Joint Preliminary Pretrial Statement on or before August 21, 2009. (Id.) To date, the parties have not filed the Statement. Accordingly, the Court continues the Preliminary Pretrial Conference to **September 21, 2009 at 11 a.m.** On or before **September 11, 2009**, the parties shall file a Joint Preliminary Pretrial Statement. The Statement include, among other things, a status on the parties' settlement efforts and the parties' readiness for trial, including a proposed trial schedule.

Dated: August 26, 2009

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@sanjoseca.gov

Timothy L Gall
15435 La Jolla Drive
Morgan Hill, CA 95037

| | |
|---|---|
| **Dated: August 26, 2009** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>        **Elizabeth Garcia**<br>        **Courtroom Deputy** |