*[Court seal: United States District Court, Northern District of California. "IT IS SO ORDERED" signed by Judge James Ware]*

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone:   (408) 535-1900
Facsimile:   (408) 998-3131
Email:       cao.main@sanjoseca.gov

Attorneys for Defendant
CITY OF SAN JOSE


TIMOTHY GALL
15435 La Jolla Drive
Morgan Hill CA 95037
Telephone:   (408) 778-0965
Email:       tlgall@verizon.net

Plaintiff in Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SAN JOSE,<br><br>          Defendant. | NO.: C08-00120 JW<br><br>**ORDER CONTINUING HEARING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties hereby submit this Joint Statement.

**1.   BACKGROUND.**

On September 16, 2009, after the parties had notified the Court about a proposed settlement, the Court issued an Order requiring the parties to appear on November 16, 2009, to show cause why this case should not be dismissed. The Court ordered the parties to file this statement setting forth the status of settlement activities.

## 2. STATUS.

The parties are in the process of circulating two separate but related agreements concerning settlement of both Plaintiff's Workers Compensation action and the instant Federal action. The agreement related to this action contemplates the filing of a dismissal after the payment of the settlement amount, which will require approximately two weeks to procure, following execution of the settlement documents.

Accordingly, while the settlement of this case is still relatively certain, the final actions necessary to implement it are still ongoing. Plaintiff is also seeking the advice of an attorney who is new to the proceedings regarding the language of the settlements. The parties therefore request an additional 30 days to fully implement the settlement.

DATED:     November 6, 2009          RICHARD DOYLE, City Attorney

By:     /s/ Clifford S. Greenberg
          CLIFFORD S. GREENBERG
          Senior Deputy City Attorney

Attorneys for Defendant
CITY OF SAN JOSE


DATED:     November 6, 2009          By:     /s/ Timothy L. Gall
                                                TIMOTHY L. GALL
                                                Plaintiff in Pro Se

**\*\*\* ORDER \*\*\***

In light of the parties' Joint Statement, the Court finds good cause to continue the hearing on the Order to Show Cause re: Settlement from November 16, 2009 to **December 21, 2009 at 9 a.m.** On or before **December 16, 2009**, the parties shall either file their Stipulated Dismissal or a Joint Statement updating the Court on their settlement efforts.

Dated: November 12, 2009

_____
JAMES WARE
United States District Judge