RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113
Telephone:    (408) 535-1900
Facsimile:     (408) 998-3131
Email:           cao.main@sanjoseca.gov

Attorneys for Defendant
CITY OF SAN JOSE

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF SAN JOSE,<br><br>                    Defendant. | NO.:   C08-00120 JW<br><br>**DEFENDANT'S  STATEMENT RE STATUS OF SETTLEMENT**<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Defendant City of San Jose hereby submits this Statement Re Settlement.

For the last several months, Plaintiff and Defendant have been working on a global settlement of this case and of Plaintiff's Workers Compensation action.  The parties agreed to terms and two different settlement documents have been drafted.  In both settlements, it was contemplated that Plaintiff would retire from the City of San Jose by applying for a disability retirement.

To Defendant's understanding, Plaintiff has completed the application process for his disability retirement, which includes an evaluation by the City doctor.  Apparently the City doctor is backed up in preparing reports because of a rush of retirement applications.  The undersigned counsel has requested that the doctor expedite the process involving Officer Gall

1  in order to get his application before the Retirement Board during the Board's January hearing.
2  It is unclear at this time whether the matter will be heard by the Board in January.
3      According to Officer Gall, the failure to get his hearing in January will result in the loss of
4  the upcoming annual 3% cost of living adjustment in Police and Fire retirement benefits.  The
5  undersigned attorney is not sure of this result but is checking on the rules and procedures
6  involved.  Officer Gall's position is that if he does not qualify for the 3% increase, then he will
7  not agree to the settlement already negotiated unless his Workers Compensation award is
8  increased.  Therefore, the parties need to see whether the Board can hear Officer Gall's
9  application in January, and if not, whether the Workers Compensation award can be increased
10 or otherwise made acceptable to Officer Gall.
11     Accordingly, Defendant joins in the request for an additional 30 days to attempt to
12 implement the settlement.

14 DATED:    December 17, 2009              RICHARD DOYLE, City Attorney

16                                           By: _____/s/ Clifford S. Greenberg_____
                                                   CLIFFORD S. GREENBERG
17                                                 Senior Deputy City Attorney

18                                           Attorneys for Defendant
                                             CITY OF SAN JOSÉ

20 **\*\*\* ORDER \*\*\***

21    In light of the parties' representation (Docket Item Nos. 70 & 72), the Court finds good cause to
22 grant the parties' request for a continuance of the hearing on the Order to Show Cause re:
   Settlement. Accordingly, the December 21, 2009 hearing is continued to **February 22, 2010 at 9 a.**
23 **m.** On or before **February 12, 2010**, the parties shall file a Stipulated Dismissal, or if the
   settlement has not been finalized, a Joint Statement updating the Court on the parties' efforts and
24 specific request for a further continuance.

26 Dated: December 17, 2009              _/s/ James Ware_____
                                          JAMES WARE
27                                        United States District Judge