```
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone:   (408) 535-1900
Facsimile:   (408) 998-3131
Email:       cao.main@sanjoseca.gov

Attorneys for Defendant
CITY OF SAN JOSE
```

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| TIMOTHY L. GALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE,<br><br>　　　　Defendant. | NO.: C08-00120 JW<br><br>STIPULATION OF DISMISSAL; AND ~~[PROPOSED]~~ ORDER |

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff, TIMOTHY L. GALL, and Defendant, CITY OF SAN JOSE, that:

　　1.　　This action was commenced on January 8, 2008.

　　2.　　The parties have settled this matter, entered into an agreement with regard to the terms of settlement, and now wish to dismiss this action.

///
///
///
///
///
///

STIPULATION OF DISMISSAL; AND
[PROPOSED] ORDER; C08-00120 JW　　　　1　　　　619418

|    |         |                  |                                                                 |
|----|---------|------------------|-----------------------------------------------------------------|
| 1  | 3.      | This action is hereby dismissed, in its entirety, with prejudice. |
| 2  | DATED:  | January 20, 2010 | RICHARD DOYLE, City Attorney                                    |

By: /s/ Clifford S. Greenberg
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, et al.

DATED: January 20, 2010

By: /signature/
TIMOTHY L. GALL

Plaintiff in Pro Per

## ORDER

Pursuant to the Stipulation of Dismissal by and between the parties to this action, through their designated counsel, the above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(2). It is further ordered that each party shall bear their own fees and costs, except as provided otherwise by agreement of the parties.

The Clerk shall close this file.

DATED: January 21, 2010

/s/ James Ware
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE